SALVADOR RAMÍREZ BASCARÁN, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE SAN GERMÁN, recurrido.

No. 825.—*Sometido:* Noviembre 26, 1930. *Resuelto:* Diciembre 24, 1930.

*Nazario & García Méndez,* abogados del recurrente; el registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

En un procedimiento ejecutivo sumario, la Corte de Distrito de Mayagüez ordenó la cancelación del asiento o anotación preventiva de un embargo librado por la Corte de Distrito de Ponce. El Registrador de San Germán se negó a cancelar el asiento fundándose en que la Corte de Distrito de Mayagüez carecía de jurisdicción para ordenar la cancelación.

El artículo 84 de la Ley Hipotecaria dispone:

"Será competente para ordenar la cancelación de una anotación preventiva o su conversión en inscripción definitiva, el juez o tribunal que la haya mandado hacer o el que le haya sucedido legalmente en el conocimiento del negocio que diera lugar a ella."

El artículo 125, tal cual fué enmendado en 1912 (Leyes de ese año, página 68), dispone la cancelación de gravámenes secundarios, incluyendo las anotaciones de embargo, a la pre-

sentación de la correspondiente orden de la corte en que se haya ejecutado un gravamen hipotecario preferente.

Interpretando conjuntamente estos dos artículos, no podemos convenir con el registrador de la propiedad en que la Corte de Distrito de Mayagüez carecía de facultad para ordenar la cancelación de que se trata.

*Debe revocarse la nota recurrida.*